UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------- x

UNITED STATES OF AMERICA         :

   - v. -                        :         **ORDER**

PETER NYGARD,                    :         20 Cr. 624

            Defendant.         :

------------------- x

Upon the application of the United States of America, by and through Assistant United States Attorney Jacqueline Kelly, it is hereby ORDERED that Indictment 20 Cr. 624, which was filed under seal on November 23, 2020, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
           December 15, 2020

                                             HONORABLE ROBERT W. LEHRBURGER
                                             UNITED STATES MAGISTRATE JUDGE
                                             SOUTHERN DISTRICT OF NEW YORK