UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | **Sealed** |
| v. | **Limited Unsealing Order** |
| Peter Nygard, | **Docket No. 20 Cr. 624** |
| Defendant. | |

Upon the November 24, 2020 letter motion of the United States (the "Application") by Audrey Strauss, Acting United States Attorney for the Southern District of New York, Assistant United States Attorneys Celia V. Cohen, Jacqueline C. Kelly, and Allison C. Nichols, of counsel, the Court hereby finds that:

At the time of its return, Indictment 20 Cr. 624 in this matter was ordered sealed. However, for the reasons set forth in the Government's Application, a limited unsealing of Indictment 20 Cr. 624 is appropriate to enable the United States to seek the arrest and the extradition of the defendant located abroad. Accordingly, it is hereby

ORDERED that Indictment 20 Cr. 624 be unsealed for the limited purpose of facilitating the arrest and extradition of the defendant located abroad;

ORDERED that the United States is authorized to transmit Indictment 20 Cr. 624 to foreign governments and foreign law enforcement agencies in order to facilitate the arrest and extradition of the defendant located abroad;

ORDERED that Indictment 20 Cr. 624 remain sealed in all other respects; and

ORDERED that this Order and the Application upon which it was made be and remain sealed pending further order of the Court.

Dated:    New York, New York
            November 24, 2020

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK