UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                                                   :

UNITED STATES OF AMERICA                 :

            - v. -                                           :          GOVERNMENT'S

PETER NYGARD,                            :          FORFEITURE BILL
                                                             :          <u>OF PARTICULARS</u>
                    Defendant.                    :
                                                              :          20 Cr. 624 (PGG)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts Two through Five of the Indictment, and as alleged in the forfeiture allegations and/or substitute asset provisions therein, includes the following:

    a. Any and all property of Edson's Investments Inc., including, without limitation:

        i. The real property located at 9450 Topanga Canyon Boulevard, Chatsworth, California 91311, Assessor's Parcel Number 2746-013-020, legally described as:

            Parcel 1:

            Parcel "A", in the City of Los Angeles, County of Los Angeles, State of California, as shown upon Parcel Map No. L.A. 5542, as per map filed in Book 171 Pages 45 to 47 inclusive of Parcel Maps, in the Office of the County Recorder of said county;

            Parcel 2:

            That portion of Lot 33, in Section 24, Township 2 North, Range 17 West, in the City of Los Angeles, County of Los Angeles, State of California, as shown on map of Chatsworth Park, Recorded in Book 30 Page 91 of Miscellaneous Records, in the Office of the County Recorder of said county, described as follows:

Beginning at the intersection of the southerly line of Plummer Street, 60.00 feet wide, with the westerly line of Santa Susanna Place, 60 feet wide, (said street and said place being shown as unnamed street on said map); thence along said westerly line, south 0°03'25" west 113.00 feet; thence north 8°34'40" west 114.31 feet to a point in said southerly line, distant thereon north 89°53'48'' west 17.11 feet from said intersection; thence along said southerly line, south 89°53'48'' east 17.11 feet to the point of beginning;

Except therefrom that portion of said land included within the lines of Parcel "A" of Parcel Map L.A. No. 5542, filed in Book 171 Pages 45 to 47 inclusive of Parcel Maps, Records of said county;

Parcel 3:

That portion of Lot 33, in Section 24, Township 2 north, Range 17 west, in the City of Los Angeles, County of Los Angeles, State of California, as shown on map of Chatsworth Park, Recorded in Book 30 Page 91 of Miscellaneous Records, in the Office of the County Recorder of said county, described as follows:

Beginning at the most southerly corner of the land described in Director's Deed D-E3894.1, recorded October 4, 1967 in Book D-3788 Page 699, Official Records, in said office, said most southerly corner being a point in the westerly line of Santa Suzanna Place, 60.00 feet wide, distant along said westerly line, south 0°03'25" west 113.00 feet from the intersection of said westerly line with the southerly line of Plummer Street, 60 feet wide; thence along said westerly line, south 0°03'25" west 85.53 feet; thence north 12°05'24"west 203.11 feet to a point in said southerly line of said Plummer Street, distant along said southerly line, north 89°53'48" west 23.58 feet from the northwesterly corner of said described land; thence along said southerly line, south 89°53'48" east 25.59 feet to said northwesterly corner; thence along the westerly line of said described land, south 08°34'40" east 114.31 feet to the point of beginning;

Parcel 4:

An easement for ingress and egress purposes over portions of Parcel "B" of Parcel Map. No 5542 as per map recorded in Book 171 Pages 45 to 47

of Parcel Maps, in the Office of the County Recorder of said Los Angeles County, described as follows:

1. The west 44.00 feet of the south 40.00 feet of said Parcel "B";

2. The west 14.00 feet of said Parcel "B"; excepting therefrom the south 40.00 feet thereof;

Said easement is to be appurtenant to Parcel "A" of said Parcel Map;

ii. The real property located at 5409 Ocean Front Walk, Marina del Rey, California, Assessor's Parcel Number 4294-008-005, legally described as: Lot 4 Block 4 of Del Rey Beach Subdivision, as per map recorded in Book 6 Pages 186 of maps, in the office of the county recorder of said county;

iii. The real property located at 13700-14704 Saticoy Street, Los Angeles California 91402, Assessor's Parcel Number 2214-023-011, legally described as:

Lots 9 and 10 of Tract No. 22507, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 601, Pages 91 and 92 of Maps, in the Office of the County Recorder of said county;

Except therefrom the southerly 8 feet of Lot 9 and that portion of Lot 10, lying southerly of the curved line having a radius of 428 feet and concentric with that curve in the southerly line of said Lot having a radius of 420 feet, as condemned by Final Decree of Condemnation entered In Superior Court, Los Angeles County, Case No. 680193, a certified copy thereof being recorded December 2 1957, as Instrument No. 2811, in Book 56167, Page 96, Official Records;

b. Any and all property of Brause Investments, Inc., including without limitation:

i. The real property located at 1 Yawl Street, Marina del Rey, California, including the two parcels legally described as:

1. A condominium comprised of:

An undivided ½ interest in and to all of that portion of Parcel A of Parcel Map L.A. No. 5063, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 146, Pages

63 and 64 of Parcel Maps, in the Office of the County Recorder of said county, shown and defined as "Common Area" on the condominium plan recorded November 6, 1981, as Instrument No. 81-11015131, Official Records of said county;

All that portion of Parcel A of said Parcel Map L.A. No. 5063 shown and defined as Unit No. 1 on said condominium plan;

Non-exclusive easements for the benefit of and appurtenant to Parcels 1 and 2 above, as such easements are set forth in the sections entitled "Certain Easements for Owners" and "Support, Settlement and Encroachment" of the article of the "Declaration" entitled "Easements";

(Commonly known as 1 Yawl Street #B, Los Angeles, California 90292, Assessor's Parcel Number 4294-008-059); and

2. A condominium comprised of:

An undivided ½ interest in and to all of that portion of Parcel A of Parcel Map L.A. No. 5063, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 146, Pages 63 and 64 of Parcel Maps, in the Office of the County Recorder of said county, shown and defined as "common area" on the condominium plan recorded November 6, 1981, as Instrument No. 81-11015131, Official Records of said county;

All that portion of Parcel A of said Parcel Map L.A. No. 5063, shown and defined as Unit No. 2 on said condominium plan;

Non-exclusive easements for the benefit of and appurtenant to Parcels 1 and 2 above, as such easements are set forth in the sections entitled "Certain Easements for Owners" and "Support, Settlement and Encroachment" of the article of the "Declaration" entitled "Easements";

(Commonly known as 1 Yawl Street #A, Los Angeles, California 90292, Assessor'4294-008-060; together with 1 Yawl Street #B, commonly known as 1 Yawl Street, Marina del Rey, California 90292); and

ii. The real property located at 17 ½ Yawl Street, Marina del Rey, California, Assessor's Parcel Number 4294-008-010, legally described as: Lot 9 in Block 4 of Del Rey Beach Tract, in the City of Los Angeles, as per map recorded in book 6 pages 186 and 187 of maps, in the office of the county recorder of said county.

Dated:   New York, New York
         April 29, 2021

                                    Respectfully Submitted,

                                    AUDREY STRAUSS
                                    United States Attorney


                             By:    _____
                                    Jacqueline C. Kelly
                                    Allison C. Nichols
                                    Assistant United States Attorney
                                    Telephone: (212) 637-2456/2366