UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

PETER NYGARD,

               Defendant.

**ORDER**

20 Cr. 624 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court is in receipt of a proposed Consent Order of Interlocutory Sale of Real Property located at 13800-13704 Saticoy Street, Los Angeles, California (the "Property"). The Property is the subject of a forfeiture allegation in an indictment naming Defendant Peter Nygard. (Dkt. No. 2) The Government seeks authorization to sell the Property but does not explain whether the Defendant has any interest in the property, whether he consents to the sale, or whether he has notice of the sale.

        Counsel for the Defendant is directed to respond to the Government's proposed Consent Order of Interlocutory Sale of Real Property by **October 26, 2022.**

Dated: New York, New York
       October 19, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge