# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

**BY ECF**

February 7, 2024

The Honorable Paul G. Gardephe
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      **RE:**    *United States v. Peter Nygard,* 20-CR-00624 (PGG)

Dear Judge Gardephe:

      We write on behalf of non-party movants DGM Trust Corporation, as trustee of the Elsinore Trust, Edson's Investments, Inc., and Brause Investments, Inc., regarding movants' Motion to Vacate Restraining Order and Memorandum of Law in Support of the same, filed on the docket in the above-captioned case on January 19, 2024 at ECF Nos. 15 and 16, respectively.

      Per Local Criminal Rule 49.1(b), any opposing papers to Movants' Motion to Vacate were due on Friday, February 2, 2024, fourteen days after movants' motion was filed.  The Government did not file any opposition.  Accordingly, we attach a proposed order granting the motion and vacating the Restraining Order, and ask the Court to grant the motion as unopposed if no opposition to the motion is received by the end of this week.

      Respectfully submitted,

      */s/ Jason A. Masimore*
      Jason A. Masimore
      Evelyn B. Sheehan
      +1 212-488-1200

cc:    AUSA Jacqueline Kelly, Esq. (via email)
       AUSA Allison Nichols, Esq.
       AUSA Celia Cohen, Esq.
       William R. Barzee, Esq.

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.