UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                                                                    :

UNITED STATES OF AMERICA,              :

     -v.-                             :     POST-INDICTMENT
                                                   RESTRAINING ORDER

PETER NYGARD,                     :

                                           20 Cr. 624 (PGG)

                   Defendant.       :

                                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of AUDREY STRAUSS, United States Attorney for the Southern District of New York, pursuant to Title 18, United States Code, Section 1594, the Declaration of Special Agent Rachel Graves of the Federal Bureau of Investigation, and the Declaration of Assistant United States Attorney Jacqueline C. Kelly, executed on April 29, 2021, and all papers submitted in support thereof,

**IT IS HEREBY ORDERED** that PETER NYGARD, the Defendant, and all attorneys, agents, and employees, and anyone acting on the behalf of him, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not take any action prohibited by this Order.

**IT IS FURTHER ORDERED** that PETER NYGARD, the Defendant, and all attorneys, agents, and employees, and anyone acting on the behalf of him, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any

action that would have the effect of depreciating, damaging, or in any way diminishing the value of property or other interests belonging to, or owed to, or controlled in whole or in part by the Defendant, which property or other interests are subject to forfeiture.   The property and other interests hereby restrained include, but are not limited to, the following:

    a.    Any and all property of Edson's Investments Inc., including, without limitation:

        i.    The real property located at 9450 Topanga Canyon Boulevard, Chatsworth, California;

        ii.    The real property located at 5409 Ocean Front Walk, Marina del Rey, California; and

        iii.    The real property located at 13700-13704 Saticoy Street, Los Angeles, California;

    b.    Any and all property of Brause Investments, Inc., including without limitation:

        i.    The real property located at 1 Yawl Street, Marina del Rey, California; and

        ii.    The real property located at 17 ½ Yawl Street, Marina del Rey, California;

all of which are alleged to constitute property used to commit violations of (i) Title 18, United States Code, Section 1591 (sex trafficking by a minor and by force, fraud and coercion; and sex trafficking by force, fraud and coercion); and (ii) Title 18, United States Code, Section 1594 (sex trafficking conspiracy);

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of assets restrained herein;

**IT IS FURTHER ORDERED** any person or entity claiming an interest in the assets listed in this Order may contact the following Assistant United States Attorney to clarify the

scope of the Order:  Assistant United States Attorney Jacqueline C. Kelly, Telephone Number

(212) 637-2456.  Those persons or entities will not be deemed in violation of this Order for any

transactions undertaken upon approval made in writing by Assistant United States Attorney Kelly.

**IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon

the Defendant, the attorneys, agents, and employees, and all persons in active concert or

participation with any of the above, or any other person having actual knowledge of this Order,

and that this Order shall remain in effect until further order of this Court;

**IT IS FURTHER ORDERED** that this Restraining Order and all papers submitted

therewith shall be maintained under seal until such time as the unsealing of the above-captioned

criminal Indictment, except that the United States Attorney's Office or its designee(s) may provide

copies of (1) this Order to any person in order to facilitate the execution of this Restraining Order,

including any relevant foreign law enforcement agency, financial institutions, and/or the

Defendant; and (2) the application of Jacqueline C. Kelly, Assistant United States Attorney,

pursuant to Title 18, United States Code, Section 1594, and the Declaration of Special Agent

Rachel Graves, Federal Bureau of Investigation, to any foreign law enforcement agency to the

extent necessary to enable such agency to assist in the execution of the seizure sought herein; and

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made

on the Defendant or his attorney by regular mail.

Dated: New York, New York
      May 26, 2021

_____
THE HONORABLE PAUL G. GARDEPHE
United States District Judge
Southern District of New York

3