UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER NYGARD,<br><br>*Defendant.* | Case No. 20 Cr. 624 (PGG) |

### MOTION TO WITHDRAW JASON MASIMORE OF
### KOBRE & KIM LLP AS COUNSEL OF RECORD

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, DGM Trust Corporation, Edson's Investments, Inc., and Brause Investments, Inc. (collectively "Interested Parties") hereby move this Court for an order granting Jason Masimore leave to withdraw as counsel for Interested Parties in the above-captioned action.

Mr. Masimore will be leaving the firm Kobre & Kim LLP. Interested Parties will continue to be represented in this matter by Evelyn Sheehan of Kobre & Kim LLP. Thus, neither Interested Parties nor any other party will be prejudiced by Mr. Masimore's withdrawal.

Mr. Masimore is not asserting a retaining or charging lien.

1

Dated: May 24, 2024
      New York, New York      **KOBRE & KIM LLP**

      */s/ Jason A. Masimore*

Jason A. Masimore
800 Third Ave
New York, NY 10022
Tel: (212) 488 1200
Jason.masimore@kobrekim.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: June 12, 2024

2