UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>PETER NYGARD,<br><br>Defendant. | **ORDER**<br><br>20 Cr. 624 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Peter Nygard moves, <u>inter alia</u>, for a post-seizure hearing to establish whether the Government had requisite probable cause to restrain the assets identified in the May 26, 2021 Forfeiture Bill of Particulars. (Dkt. No. 27) The following briefing schedule will apply to Nygard's motion:

        1. The Government's response to Nygard's motion is due on **February 7, 2025**.

Dated: New York, New York
       January 24, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge