UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

PETER NYGARD,

Defendant.

**ORDER**

20 Cr. 624 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Peter Nygard moves to "unseal DGM Trust Corporation's ('DGM')

October 15, 2021 Motion to Clarify papers, and all exhibits, and the Government's redacted

opposition papers to such Motion." (Def. Mot. (Dkt. No. 29) at 1)  The following briefing

schedule will apply to Nygard's motion:

1.  DGM's response to Nygard's motion is due on **February 5, 2025**.

Dated:  New York, New York
        January 29, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge