UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

PETER NYGARD,

Defendant.

**ORDER**

20 Cr. 624 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Peter Nygard moves to "unseal DGM Trust Corporation's ('DGM') October 15, 2021 Motion to Clarify papers, and all exhibits, and the Government's redacted opposition papers to such Motion." (Def. Mot. (Dkt. No. 29) at 1)  The Government has no objection to this Court (1) unsealing DGM's Motion to Clarify papers or (2) unsealing the redacted version of the Government's opposition.  (Def. Mot., Ex. A (Dkt. No. 29-2) at 2)  DGM has no objection to this Court "unsealing DGM's Motion [to Clarify] or the Government's opposition."  (DGM Resp. (Dkt. No. 31) at 1)  Accordingly, Nygard's motion to unseal DGM's Motion to Clarify papers and the Government's redacted opposition is granted.

Dated:  New York, New York
         February 26, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge