# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

October 15, 2021

**BY HAND DELIVERY**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *United States v. Nygard*, 20 Cr. 624 (PGG)

Dear Judge Gardephe:

Non-party DGM Financial Group, as trustee of the Elsinore Trust ("DGM"), requests that this Court issue an order sealing the Notice of Non-Party DGM Financial Group's Motion to Clarify Scope of Restraining Order to Exclude Untainted Funds; the memorandum of law in support of the motion; and the declaration of Alexandria E. Swette in support of the motion, including the exhibits attached thereto (together, the "Motion to Clarify Papers").

DGM requests the sealing of the Motion to Clarify Papers because they include and relate to the Restraining Order, which is currently under seal, and refer to non-public information contained in the Restraining Order. The interests of the Government, the Defendant, and DGM in maintaining the confidentiality of the information contained in the Motion to Clarify Papers outweigh any public interest in disclosure of these papers. *See Refco Grp. Ltd., LLC v. Cantor Fitzgerald, L.P.*, 2015 WL 4298572, at *5 (S.D.N.Y. July 15, 2015) ("[T]he interests of defendants and the non-party entity in maintaining the confidentiality of the information appear to outweigh the public interest in access to the judicial documents.").

For these reasons, DGM respectfully requests that the Court issue an order sealing the Motion to Clarify Papers.

Hon. Paul G. Gardephe, U.S.D.J.
October 15, 2021
Page 2

                                              Respectfully submitted,

Dated: New York, NY                 KOBRE & KIM LLP
        October 15, 2021

                                              Alexandria E. Swette

                                              800 Third Avenue
                                              New York, New York 10022

                                              +1 212-488-1200 (Telephone)
                                              +1 212-488-1220 (Fax)
                                              Alexandria.Swette@kobrekim.com

                                              *Attorney for DGM Financial Group,*
                                              *as Trustee of the Elsinore Trust*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER NYGARD,<br><br>*Defendant.* | Case No. 20 Cr. 624 (PGG)<br><br>UNDER SEAL<br><br>ORAL ARGUMENT REQUESTED |

### NOTICE OF NON-PARTY DGM FINANCIAL GROUP'S MOTION TO CLARIFY SCOPE OF RESTRAINING ORDER TO EXCLUDE UNTAINTED FUNDS

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, all supporting papers attached thereto, and any other argument or evidence that may be presented to the Court at a hearing on this matter, the undersigned will move this Court, before the Honorable Paul G. Gardephe, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, NY, 10007, at a date and time to be determined by the Court, for an order clarifying the scope of the Restraining Order, issued by this Court on May 26, 2021, to exclude untainted funds.

1

Respectfully submitted,

Dated: New York, NY
       October 15, 2021

KOBRE & KIM LLP

*/s/ Alexandria E. Swette*

Alexandria E. Swette
Michael S. Kim
Sean S. Buckley
Jason A. Masimore
Evelyn B. Sheehan
*(pro hac vice application forthcoming)*
Jeremy O. Bressman

800 Third Avenue
New York, New York 10022

+1 212-488-1200 (Telephone)
+1 212-488-1220 (Fax)
alexandria.swette@kobrekim.com
michael.kim@kobrekim.com
sean.buckley@kobrekim.com
jason.masimore@kobrekim.com
evelyn.sheehan@kobrekim.com
jeremy.bressman@kobrekim.com

*Attorneys for DGM Financial Group,
as Trustee of the Elsinore Trust*